**NORRIS, APPELLANT, *v.* WELCH, WARDEN, APPELLEE.**

**[Cite as *Norris v. Welch*, 124 Ohio St.3d 203, 2010-Ohio-115.]**

*Appeal from dismissal of a petition for a writ of habeas corpus — Res judicata bars petitioner from filing a successive habeas corpus petition — Judgment affirmed.*

(No. 2009-1821 ─ Submitted January 13, 2010 ─ Decided January 21, 2010.)

APPEAL from the Court of Appeals for Lucas County,

No. L-09-1212, 2009-Ohio-4598.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, Robert Lee Norris, for a writ of habeas corpus. Res judicata barred Norris from filing a successive habeas corpus petition and from seeking successive appellate reviews of the same issues. *Miller v. Ohio Dept. of Rehab. & Corr.*, 123 Ohio St.3d 87, 2009-Ohio-4081, 914 N.E.2d 367, ¶ 1; *Shie v. Smith*, 123 Ohio St.3d 89, 2009-Ohio-4079, 914 N.E.2d 369, ¶ 2.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Robert Lee Norris, pro se.

_____